GEORGE VILLANOVA v.
AMERICAN FEDERATION OF MUSICIANS, LOCAL 16.

June 29, 1973. Petition for certfication denied. (See 123 *N. J. Super.* 57)

PETER M. ROGERS v. STATE OF NEW JERSEY, BOARD OF TRUSTEES, TEACHERS' PENSION AND ANNUITY FUND.

June 29, 1973. Petition for certification denied.

STEVEN SINGER a/k/a KENNETH ASCHAUER v. STATE OF NEW JERSEY.

July 5, 1973. Petition for certfication granted.

STATE OF NEW JERSEY v. JAMES WILBELY.

July 12, 1973. Petition for certification granted. (See 122 *N. J. Super.* 463)

STATE OF NEW JERSEY v. ROBERT WILKERSON.

July 23, 1973. Petition for certification granted in part and denied in part.